No. 82–1649. MARROQUIN-MANRIGUEZ v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 83–541. REPUBLIC INDUSTRIES, INC. v. TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA PENSION FUND. C. A. 4th Cir. Certiorari denied.

No. 83–702. G & R ROOFING CO. v. CARPENTERS PENSION TRUST FOR SOUTHERN CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 83–1221. DUNAGIN ET AL. v. CITY OF OXFORD, MISSISSIPPI, ET AL.; and

No. 83–1244. LAMAR OUTDOOR ADVERTISING, INC., ET AL. v. MISSISSIPPI STATE TAX COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 718 F. 2d 738.

No. 83–1246. PEICK ET AL. v. PENSION BENEFIT GUARANTY CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 83–1646. SIBLEY, LINDSAY & CURR CO., A DIVISION OF ASSOCIATED DRY GOODS CORP. v. BAKERY, CONFECTIONERY & TOBACCO WORKERS INTERNATIONAL UNION OF AMERICA, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–6410. PATTERSON v. HEFFRON ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6467. MINER ET AL. v. BRACKNEY. C. A. 8th Cir. Certiorari denied.

No. 83–665. BUFFALO TEACHERS FEDERATION ET AL. v. ARTHUR ET AL. C. A. 2d Cir. Motion of American Federation of Teachers, AFL–CIO, for leave to file a brief as amicus curiae granted. Certiorari denied.